IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

COLUMBUS PARTEE; PERRY M. HOPKINS; ROBERT L. ROCKETT; and JIMMY WILKINS                                                                     PLAINTIFFS

V.                                                                NO. 4:14-CV-00116-DMB-JMV

COAHOMA COUNTY, MISSISSIPPI;
COAHOMA COUNTY, MISSISSIPPI
BOARD OF ELECTION
COMMISSIONERS; and COAHOMA
COUNTY, MISSISSIPPI DEMOCRATIC
EXECUTIVE COMMITTEE                                                                      DEFENDANTS

## FINAL JUDGMENT

In consideration of the Stipulation of Dismissal, Doc. #50, filed by Plaintiffs on December 28, 2015, this matter is fully and finally **DISMISSED with prejudice**.

**SO ORDERED**, this 8th day of January, 2016.

/s/ **Debra M. Brown**
**UNITED STATES DISTRICT JUDGE**